| 44026PROB 22 (ED/CA) (Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)* 0972 1:10CR00462-006 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(REC. COURT)* 14cr10203 |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ruddys Angel Pimentel<br>Boston, Massachusetts | E-CA | Fresno |
| | NAME OF SENTENCING JUDGE<br>Lawrence J. O'Neill | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>8/16/2013 | TO<br>8/15/2016 |

**OFFENSE**

21 U.S.C. 846, 841(a)(1) AND (b)(1)(A): Conspiracy to Manufacture, to Distribute and to Possess with the Intent to Distribute Marijuana

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5-8-14_
*Date*

_[signature]_
*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

_7/9/14_
*Effective Date*

_[signature]_
*United States District Judge*

CC: United States Attorney
    FLU Unit - United States Attorney's Office
    Fiscal Clerk - Clerk's Office



# MEMORANDUM

███████████

**To:** Honorable Patti B. Saris, Chief
U.S. District Judge

**From:** Patrick Skehill
U.S. Probation Officer

**Re:** **PIMENTAL, Ruddys**
**JURISDICTION TRANSFER TO D/MA**

**Date:** July 2, 2014

On December 5, 2011, the above-named individual appeared before the Honorable Lawrence J. O'Neill, United States District Judge, for the Eastern District of California. Mr. Pimental was charged with Conspiracy to Manufacture, to Distribute and to Possess with the intent to Distribute Marijuana, in violation of Title 21, USC, §846, 841 (a) (1) and (b)(1)(A) and is on supervised release for (3) three years.

The Eastern District of California has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction in this case.

If Your Honor concurs with this recommendation, we have enclosed the necessary forms (PF 22) for your signature.

Encls.